## Louisville & Nashville Railroad Company v. Combs.

(Decided December 10, 1926.)

Appeal from Perry Circuit Court.

ASHBY M. WARREN, W. A. NORTHCUTT, and WOODWARD & WARFIELD, JESSE MORGAN, and C. S. LANDRUM for appellant.

BAILEY P. WOOTTON and WOOTTON, SMITH & WOOTON for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE THOMAS—Reversing.

The facts of this record present the same legal questions that were involved in the case of the same appellant v. J. P. Brashear, et al., this day decided, and it is unnecessary for us in disposing of this appeal to reiterate the facts, repeat our discussion of them or restate the conclusions reached.

The opinion therein is conclusive herein, and for the same reasons the judgment is reversed with the same directions given in that opinion.